JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBOTS OF MARS, INC., <br><br> Petitioner and Cross-Respondent, <br><br> vs. <br><br> IMAX CORPORATION and RIDEFILM CORPORATION, <br><br> Respondents and Cross-Petitioners. | Case No. CV 11-3226 DSF (AJWx) <br><br> **JUDGMENT CONFIRMING ARBITRATION AWARD** |

The Court having heard and considered the parties' respective cross-motions to confirm or vacate the arbitration award at issue in this proceeding, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The motion filed by Petitioner and Cross-Respondent Robots of Mars, Inc. to confirm the arbitration award at issue in these proceedings is GRANTED, and the motion filed by Respondents and Cross-Petitioners IMAX Corporation and Ridefilm Corporation to vacate that arbitration award is DENIED.

2. In conformity with the parties' arbitration award, Robots of Mars, Inc. shall have and recover from IMAX Corporation and Ridefilm Corporation, jointly and severally, the sum of $1,927,597.22, together with interest on $707,000 of that sum calculated at the rate of 9% per annum from August 10, 2010 until the date of this Judgment, in the amount of $59,620.44, for a total principal recovery in the amount of $1,987,217.66.

3. Robots of Mars, Inc. shall further have and recover from IMAX Corporation and Ridefilm Corporation, jointly and severally:

    a. Costs in the amount to be taxed by the Clerk;

    b. Reasonable attorneys' fees pursuant to the parties' agreements to be as fixed by the Court; and

    c. Post-Judgment interest calculated as follows:

        (i) At the at the rate of 9% per annum on $707,000 until that amount shall have been paid in full; and

        (ii) At the rate prescribed by 28 U.S.C. § 1961 on the balance of this Judgment until paid in full.

Dated: July 21, 2011

By: _____
Hon. Dale S. Fischer
United States District Judge